LAW OFFICES OF
## ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
220 MONTGOMERY STREET, SUITE 303
SAN FRANCISCO, CALIFORNIA 94104
PHONE: (415) 392-5431  FAX: (415) 392-1978

MORSE ERSKINE (1895-1968)
J. BENTON TULLEY (1908-1974)

April 24, 2006

Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Avenue, 17th Floor
San Francisco, California 94102-3483

Re: Northwest Administrators Inc.
vs. A C Paving Inc., etc.
United States District Court, Action No. 06 0536 PJH

Dear Judge Hamilton,

Confirming our telephone conversation with your Deputy Clerk Nicole Henerman, we have requested entry of default in this case. Once the clerk has done that and we have assembled all the necessary documents, a motion for default judgment will be filed.

In the interim a Case Management Conference would be a waste of the Court's time. We respectfully request a continuance of the Case Management Conference now set for April 27, 2006 to June 1, 2006 at 2:30 p.m., Courtroom 3, 17th Floor, 450 Golden Gate Avenue, San Francisco.

Yours very truly,

Michael J. Carroll

MJC/se

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*